UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA


ALEXIS JOSE PAZ RODRIGUEZ

_____

Petitioner

VS.

Warden et al.

_____

Respondents

Case No. 1:26-cv-01571


Judge Terry A. Doughty
Magistrate Judge Mark L. Hornsby


**ORDER**


IT IS ORDERED that <u>Brandon Riches</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Alexis Paz Rodriguez in the above described action.

SO ORDERED on this, the <u>1st</u> day of <u>June, 202</u>6  .


_____
U.S. Magistrate Judge